**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00492-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

THOMAS JAMES LONARDO,

      Plaintiff,

v.

MESA COUNTY DETENTION FACILITY,
SHERIFF MATTHEW LEWIS,
CORRECT CARE SOLUTIONS,
MIKE LAFABRE,
DR. HOLMES,
LT. BRENDA APOLINAR,
CPT. STEVEN FARLOW,
GRACE FARRELL (RN),
CPT ART SMITH,
KAREN TUCKER, (RN),
MARY KAY CALLAHAN (RN),
HEATHER HANREY, and
LT. WADE PACHECO,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff, an inmate at the Mesa County Detention Facility in Grand Junction,

Colorado, has submitted to the court a Prisoner Complaint (ECF No. 1), a Motion to File

Without Payment of Filing Fee (ECF No. 3), and a letter to the court (ECF No. 4).  As

part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined

that the documents are deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue any claims in this action.  Any papers that

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information
(6)   xx      is missing authorization to calculate and disburse filing fee payments
(7)   __      is missing an original signature by the prisoner
(8)   xx      is not on proper form (must use the court's current form)
(9)   __      names in caption do not match names in caption of complaint, petition or habeas application
(10)   __      other: _____.

**Complaint, Petition or Application**:
(11)   __      is not submitted
(12)   __      is not on proper form
(13)   __      is missing an original signature by the prisoner
(14)   __      is missing page nos. ___
(15)   __      uses et al. instead of listing all parties in caption
(16)   __      names in caption do not match names in text
(17)   __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __      other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the

assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED March 10, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge